JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATANACIO GARCIA, | Case No. CV 18-2361 FMO (JPRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WELLS FARGO HOME MORTGAGE, LLC, | |
| Defendant. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice.**

Dated this 25th day of June, 2018.

/s/
Fernando M. Olguin
United States District Judge